UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LARRY FERNANDEZ,

        Plaintiff,

  v.

THE DEPARTMENT OF CORRECTION et al.,

        Defendants.

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 4294 (GEL) (RLE)

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
     May 19, 2008

                  /s/ Gerard E. Lynch
                 GERARD E. LYNCH
               United States District Judge